■ MAX EISENBERG, Individually and on Behalf of Himself and All Other Stockholders of CENTRAL ZONE PROPERTY CORPORATION, Similarly Situated, Appellants, v. CENTRAL ZONE PROPERTY CORPORATION, Respondent, et al., Defendants.— Judgment and resettled order unanimously affirmed, with costs. The complaint does not state facts sufficient to constitute a cause of action. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ HERTA DI VEROLI, Respondent, v. WILLIAM F. CHATLOS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ In the Matter of the Accounting of LEON PESKIN, as Executor of JACOB PESKIN, Deceased. JULIUS PESKIN et al., Appellants; LEON PESKIN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ In the Matter of SEYMOUR GRATZ, Appellant, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ.

■ ONE TELEVISION, INC., Appellant, v. ONE FIFTH AVENUE OPERATING CORP., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [206 Misc. 1090.]

■ In the Matter of 749 BROADWAY REALTY CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants.— It is clear that under the City Home Rule Law the municipality has the authority to enact laws relating to the correction and review of local assessments. Subdivision 1 of section 11 provides for, " the review of such local assessments subject to further review by the courts". It is to be noted that two separate reviews are mentioned. Obviously the first refers to a review by the tax officers. The second specifically provides for a review by the courts. We reach the conclusion, that while the city may, as a prerequisite to review by its own tax officers, require a statement of income and expenses in the application, it has no authority to bar a further review by the courts. Accordingly, we think it was proper for Special Term to deny the city's application to dismiss the petition. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [1 Misc 2d 575.]

■ In the Matter of SAMUEL G. GILBURT et al., Respondents, against ABRAHAM KROLL et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. (See Matter of Dowling v. Brennan, 284 App. Div. 563.) Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [See post, p. 950.]